**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

SHARON NGEBI NGONGANANG                CIVIL ACTION NO. 26-0415 SEC P
#A221-391-832

VERSUS                                                       JUDGE S. MAURICE HICKS, JR.

UNKNOWN DEFENDANT                          MAGISTRATE JUDGE PEREZ-MONTES

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein (Record Document 14), noting the absence of objection thereto,

and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ

of Habeas Corpus (Record Documents 1, 8) is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 8th day of April, 2026.

_____
S. Maurice Hicks, Jr.
United States District Judge